IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RACQUEL LEWIS, | : |
|       Plaintiff, | : |
| v. | :   Civil Action No. 23-291-RGA |
| LOTUS RECOVERY CENTERS, et al., | : |
|       Defendants. | : |

**ORDER**

WHEREAS, Plaintiff has filed a letter requesting the Court close the case (D.I. 4), which the Court construes as a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(2);

NOW THEREFORE, IT IS HEREBY ORDERED, that the Clerk of Court is directed to CLOSE this case.

March 23, 2023                                                 /s/ Richard G. Andrews
Date                                                           United States District Judge