IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RACQUEL LEWIS,

              Plaintiff,

    v.

LOTUS RECOVERY CENTERS and
FRANSHAWN RICKETTS,

              Defendants.

Civil Action No. 23-291-RGA

MEMORANDUM ORDER

The motion to reopen this case (D.I. 12) is DENIED.  The case was voluntarily dismissed at Plaintiff's request in March 2023.  (D.I. 5).  Plaintiff's motion, filed nearly three years later, gives no good reason for reopening the case.  If Plaintiff has a timely claim that Defendant has injured her by committing some new violation of federal law, she should file a new case describing what the facts of that case are.

IT IS SO ORDERED this 26th day of March 2026.

/s/ Richard G. Andrews_____
United States District Judge